# United States Navy-Marine Corps Court of Criminal Appeals

_____

### UNITED STATES
Appellee

**v.**

### Aaron J. FAIR
Petty Officer First Class (E-6), U.S. Navy
Appellant

### No. 201800225

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 27 March 2019.

Military Judge:
Major Terrance J. Reese, USMC.

Sentence adjudged 9 May 2018 by a general court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for 11 months, and a bad-conduct discharge.

For Appellant:
_Lieutenant Commander Jacqueline M. Leonard, JAGC, USN._

For Appellee:
_Brian K. Keller, Esq._

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

Before HUTCHISON, GERDING, and TANG
_Appellate Military Judges._

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court